FILED

JAN 2 3 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER 19-30014-NJR |
| vs. ) | |
| ) | |
| ) | |
| TASHZ A. NASH, ) | Title 18, United States Code, |
| ) | Sections 1951, 924(c), and 2; Title |
| Defendant. ) | 21, United State Code, Section 841(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about the 31st of December, 2018, in Madison County, Illinois, within the Southern District of Illinois,

**TASHZ A. NASH,**

defendant herein, did unlawfully take and obtain personal property consisting of prescription medication from the person or presence of the employee of CVS, a business that engages in interstate commerce, and the taking was against the employee's will by means of actual and threatened force, violence, and fear of injury to the employee, by brandishing a firearm.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
## POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

On or about 31st day of December, 2018, in Madison County within the Southern District of Illinois,

### TASHZ A. NASH

Defendant herein, knowingly and intentionally possessed with intent to distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3
## BRANDISH A FIREARM DRUING AND IN RELATION TO A CRIME OF VIOLENCE

On or about 31st day of December, 2018, in Madison County within the Southern District of Illinois,

### TASHZ A. NASH

Defendant herein, did knowingly brandish, carry and use a firearm, that is a silver and black .380 caliber, semi-automatic Jimenez Arms pistol bearing serial number 312477, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery; in violation of Title 18, United States Code, Section 1951.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 3 of this indictment,

**TASHZ A. NASH,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 924(c), including, but not limited to, the following: a silver and black .380 caliber, semi-automatic Jimenez Arms pistol bearing serial number 312477, together with any ammunition therein.

A TRUE BILL

*[signature]*

JENNIFER HUDSON
Assistant United States Attorney

*[signature]*

STEVEN WEINHOEFT
United States Attorney

Recommended Bond: Detention